IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAGGAGE AIRLINES GUEST SERVICES, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 18-707-RGA |
| ROADIE, INC., | : |
| Defendant. | : |

## JUDGMENT

For reasons set forth in the Court's Memorandum Opinion and Order dated January 7, 2019 (D.I. 115; D.I. 116);

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendant and against Plaintiff.

　　　　　　　　　　　　　　　　　　　　　/s/ Richard G. Andrews
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: 1/7/2019

　　　　　　　　　　　　　　　　　　　　　/s/ Nicole M. Selmyer
　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk