IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAGGAGE AIRLINE GUEST SERVICES, INC., <br><br>    Plaintiff, <br><br> v. <br><br> ROADIE, INC., <br><br>    Defendant. | C.A. No. 18-707-RGA |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED this his ____ day of _____, 2019, that Defendant's Motion to Declare This Case Exceptional and Award Attorneys' Fees Under 35 U.S.C. § 285 is GRANTED.

IT IS FURTHER ORDERED that:

1. Within fourteen (14) days of this Order, Defendant is to file its opening brief and supporting documents regarding the amount of attorneys' fees it is requesting that the Court award.

2. Within twenty eight (28) days of this Order, Plaintiff is to file its answering brief responding to Defendant's request for the amount of fees to be awarded.

3. Within thirty five (35) days of this Order, Defendant may file a reply brief in response to Plaintiff's answering brief.


Dated: _____                            _____
                                                The Honorable Richard G. Andrews